UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

COREY A. TAYLOR,

    Plaintiff,

  v.

RANDY GROUNDS, *et al.*,

    Defendants.

Case No. 08-cv-815-JPG

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that Defendants Randy Grounds, Richard Bard, Danny Hartline, and Kenneth Bartley are dismissed with prejudice,

IT IS FURTHER ORDERED AND ADJUDGED that Defendants Terry S. Caliper, Dr. Claudia Kachigian, and Cheryl Couch are dismissed without prejudice.

**DATED: April 2, 2010**          **NANCY ROSENSTENGEL**

                                                    By:s/Deborah Agans, Deputy Clerk

**Approved:**   s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**